# Appendix B

Click Here to Install Silverlight

**United States** Change | All Microsoft Sites

Search Microsoft.com for: [        ] Go

**Microsoft**

## Microsoft Anti-Spam Policy

**This statement applies to those Microsoft websites and services that display or link to this notice ("Services"). Microsoft prohibits the use of the Services in any manner associated with the transmission, distribution or delivery of any unsolicited bulk or unsolicited commercial e-mail ("Spam").** You may not use any Services to send Spam. You also may not deliver Spam or cause Spam to be delivered to any of Microsoft's Services or customers.

In addition, e-mail sent, or caused to be sent, to or through the Services may not:

1. use or contain invalid or forged headers;
2. use or contain invalid or non-existent domain names;
3. employ any technique to otherwise misrepresent, hide or obscure any information in identifying the point of origin or the transmission path;
4. use other means of deceptive addressing;
5. use a third party's internet domain name, or be relayed from or through a third party's equipment, without permission of the third party;
6. contain false or misleading information in the subject line or otherwise contain false or misleading content;
7. fail to comply with additional technical standards described below; or
8. otherwise violate the applicable Terms of Use for the Services.

Microsoft does not authorize the harvesting, mining or collection of e-mail addresses or other information from or through the Services. Microsoft does not permit or authorize others to use the Services to collect, compile or obtain any information about Microsoft's customers or subscribers, including but not limited to subscriber e-mail addresses, which are Microsoft's confidential and proprietary information. Use of the Services is also subject to the applicable Privacy Statement and Terms of Use.

Microsoft does not permit or authorize any attempt to use the Services in a manner that could damage, disable, overburden or impair any aspect of any of the Services, or that could interfere with any other party's use and enjoyment of any Service.

If Microsoft believes that unauthorized or improper use is being made of any Service, it may, without notice, take such action as it, in its sole discretion, deems appropriate, including blocking messages from a particular internet domain, mail server or IP address. Microsoft may immediately terminate any account on any Service which it determines, in its sole discretion, is transmitting or is otherwise connected with any e-mail that violates this policy.

Nothing in this policy is intended to grant any right to transmit or send e-mail to, or through, the Services. Failure to enforce this policy in every instance does not amount to a waiver of Microsoft's rights.

Unauthorized use of the Services in connection with the transmission of unsolicited e-mail, including the transmission of e-mail in violation of this policy, may result in civil, criminal, or administrative penalties against the sender and those assisting the sender.

Top of page

Manage Your Profile | Contact Us

© 2010 Microsoft Corporation. All rights reserved. Contact Us | Terms of Use | Trademarks | Privacy Statement