# Appendix C



**About** | **Company Information** | **Customer and Partner Experience** | **Legal and Corp. Affairs** | **Investor Relations**

## Legal and Corporate Affairs

Legal and Corporate Affairs: Overview
LCA Diversity
 Intellectual Property
 Intellectual Property Home
 Use of Microsoft Copyrighted Content
  About Microsoft Trademarks
  IP Licensing
 Software License Terms
 Terms of Use
 Notice About Online Policies and Similar Documents
Consumer Settlements
 Antitrust
 Compliance
 Interoperability

# Microsoft - Information on Terms of Use

Updated: March 09, 2007

**On This Page**

⇩ ACCEPTANCE OF TERMS.
⇩ DESCRIPTION OF SERVICES.
⇩ PERSONAL AND NON-COMMERCIAL USE LIMITATION.
⇩ PRIVACY AND PROTECTION OF PERSONAL INFORMATION.
⇩ NOTICE SPECIFIC TO SOFTWARE AVAILABLE ON THIS WEB SITE.
⇩ NOTICE SPECIFIC TO DOCUMENTS AVAILABLE ON THIS WEB SITE.
⇩ NOTICES REGARDING SOFTWARE, DOCUMENTS AND SERVICES AVAILABLE ON THIS WEB SITE.
⇩ MEMBER ACCOUNT, PASSWORD, AND SECURITY.
⇩ NO UNLAWFUL OR PROHIBITED USE.
⇩ USE OF SERVICES
⇩ MATERIALS PROVIDED TO MICROSOFT OR POSTED AT ANY MICROSOFT WEB SITE.
⇩ NOTICES AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT.

**Related Links**

- Do you need permission to use Microsoft software, images or text?
- Learn more about Microsoft Trademark and Logo Guidelines
- Read about your Privacy & Security

- ⇩ LINKS TO THIRD PARTY SITES.
- ⇩ UNSOLICITED IDEA SUBMISSION POLICY.
- ⇩ COPYRIGHT NOTICE & FAQ.
- ⇩ TRADEMARKS.

## ACCEPTANCE OF TERMS.

The services that Microsoft provides to you are subject to the following Terms of Use ("TOU"). Microsoft reserves the right to update the current version of the TOU can be reviewed by clicking on the "Terms of Use" hypertext link located at the bottom of our Web pages.

⇧ Top of Page

## DESCRIPTION OF SERVICES.

Through its network of Web properties, Microsoft provides you with access to a variety of resources, including developer tools, downloa information (collectively "Services"). The Services, including any updates, enhancements, new features, and/or the addition of any new

⇧ Top of Page

## PERSONAL AND NON-COMMERCIAL USE LIMITATION.

Unless otherwise specified, the Services are for your personal and non-commercial use. You may not modify, copy, distribute, transmit, derivative works from, transfer, or sell any information, software, products or services obtained from the Services.

⇧ Top of Page

## PRIVACY AND PROTECTION OF PERSONAL INFORMATION.

See the Privacy Statement disclosures relating to the collection and use of your information.

⇧ Top of Page

## NOTICE SPECIFIC TO SOFTWARE AVAILABLE ON THIS WEB SITE.

Any software that is made available to download from the Services ("Software") is the copyrighted work of Microsoft and/or its suppliers the end user license agreement, if any, which accompanies or is included with the Software ("License Agreement"). An end user will be by or includes a License Agreement, unless he or she first agrees to the License Agreement terms.

The Software is made available for download solely for use by end users according to the License Agreement. Any reproduction or redis License Agreement is expressly prohibited by law, and may result in severe civil and criminal penalties. Violators will be prosecuted to th

WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR IS EXPRESSLY PROHIBITED, UNLESS SUCH REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PERMITTED BY THE LICENSE AGREE

THE SOFTWARE IS WARRANTED, IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT. EXCEPT AS WARRANTI CORPORATION HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH REGARD TO THE SOFTWARE, INCLUDING ALL WARRA WHETHER EXPRESS, IMPLIED OR STATUTORY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

FOR YOUR CONVENIENCE, MICROSOFT MAY MAKE AVAILABLE AS PART OF THE SERVICES OR IN ITS SOFTWARE PRODUCTS, TOOLS MICROSOFT DOES NOT MAKE ANY ASSURANCES WITH REGARD TO THE ACCURACY OF THE RESULTS OR OUTPUT THAT DERIVES FRO UTILITIES. PLEASE RESPECT THE INTELLECTUAL PROPERTY RIGHTS OF OTHERS WHEN USING THE TOOLS AND UTILITIES MADE AV, SOFTWARE PRODUCTS.

RESTRICTED RIGHTS LEGEND. Any Software which is downloaded from the Services for or on behalf of the United States of America, it Government"), is provided with Restricted Rights. Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer So applicable. Manufacturer is Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-6399.

⇧ Top of Page

## NOTICE SPECIFIC TO DOCUMENTS AVAILABLE ON THIS WEB SITE.

Permission to use Documents (such as white papers, press releases, datasheets and FAQs) from the Services is granted, provided that ( and that both the copyright notice and this permission notice appear, (2) use of such Documents from the Services is for informational a not be copied or posted on any network computer or broadcast in any media, and (3) no modifications of any Documents are made. Ac universities, private/public colleges, and state community colleges, may download and reproduce the Documents for distribution in the requires express written permission. Use for any other purpose is expressly prohibited by law, and may result in severe civil and crimina maximum extent possible.

Documents specified above do not include the design or layout of the Microsoft.com Web site or any other Microsoft owned, operated, l Web sites are protected by trade dress, trademark, unfair competition, and other laws and may not be copied or imitated in whole or in Microsoft Web site may be copied or retransmitted unless expressly permitted by Microsoft.

MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE INFORMATION COI GRAPHICS PUBLISHED AS PART OF THE SERVICES FOR ANY PURPOSE. ALL SUCH DOCUMENTS AND RELATED GRAPHICS ARE PROVID MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS IN CONDITIONS OF MERCHANTABILITY, WHETHER EXPRESS, IMPLIED OR STATUTORY, FITNESS FOR A PARTICULAR PURPOSE, TITLE A MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY D USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR PERFORMANCE OF INFORMATION AVAILABLE FROM THE SERVICES.

THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON THE SERVICES COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGR. ADDED TO THE INFORMATION HEREIN. MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHAN (S) DESCRIBED HEREIN AT ANY TIME.

⇞ Top of Page

## NOTICES REGARDING SOFTWARE, DOCUMENTS AND SERVICES AVAILABLE ON

IN NO EVENT SHALL MICROSOFT AND/OR ITS RESPECTIVE SUPPLIERS BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS A( THE USE OR PERFORMANCE OF SOFTWARE, DOCUMENTS, PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR INFORMATION A\

⇞ Top of Page

## MEMBER ACCOUNT, PASSWORD, AND SECURITY.

If any of the Services requires you to open an account, you must complete the registration process by providing us with current, comple applicable registration form. You also will choose a password and a user name. You are entirely responsible for maintaining the confider you are entirely responsible for any and all activities that occur under your account. You agree to notify Microsoft immediately of any ur of security. Microsoft will not be liable for any loss that you may incur as a result of someone else using your password or account, eithe could be held liable for losses incurred by Microsoft or another party due to someone else using your account or password. You may not permission of the account holder.

⇞ Top of Page

## NO UNLAWFUL OR PROHIBITED USE.

As a condition of your use of the Services, you will not use the Services for any purpose that is unlawful or prohibited by these terms, co in any manner that could damage, disable, overburden, or impair any Microsoft server, or the network(s) connected to any Microsoft se enjoyment of any Services. You may not attempt to gain unauthorized access to any Services, other accounts, computer systems or net of the Services, through hacking, password mining or any other means. You may not obtain or attempt to obtain any materials or inform available through the Services.

⇞ Top of Page

## USE OF SERVICES

The Services may contain e-mail services, bulletin board services, chat areas, news groups, forums, communities, personal web pages, message or communication facilities designed to enable you to communicate with others (each a "Communication Service" and collectiv

the Communication Services only to post, send and receive messages and material that are proper and, when applicable, related to the
example, and not as a limitation, you agree that when using the Communication Services, you will not:

- Use the Communication Services in connection with surveys, contests, pyramid schemes, chain letters, junk email, spamming or
  or otherwise).

- Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of others.

- Publish, post, upload, distribute or disseminate any inappropriate, profane, defamatory, obscene, indecent or unlawful topic, nam

- Upload, or otherwise make available, files that contain images, photographs, software or other material protected by intellectual
  not as limitation, copyright or trademark laws (or by rights of privacy or publicity) unless you own or control the rights thereto or
  same.

- Use any material or information, including images or photographs, which are made available through the Services in any manner
  trade secret, or other proprietary right of any party.

- Upload files that contain viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files, or any other similar software or
  another's computer or property of another.

- Advertise or offer to sell or buy any goods or services for any business purpose, unless such Communication Services specifically

- Download any file posted by another user of a Communication Service that you know, or reasonably should know, cannot be leg
  distributed in such manner.

- Falsify or delete any copyright management information, such as author attributions, legal or other proper notices or proprietary
  software or other material contained in a file that is uploaded.

- Restrict or inhibit any other user from using and enjoying the Communication Services.

- Violate any code of conduct or other guidelines which may be applicable for any particular Communication Service.

- Harvest or otherwise collect information about others, including e-mail addresses.

- Violate any applicable laws or regulations.

- Create a false identity for the purpose of misleading others.

- Use, download or otherwise copy, or provide (whether or not for a fee) to a person or entity any directory of users of the Service
  thereof.

Microsoft has no obligation to monitor the Communication Services. However, Microsoft reserves the right to review materials posted to
materials in its sole discretion. Microsoft reserves the right to terminate your access to any or all of the Communication Services at any

Microsoft reserves the right at all times to disclose any information as Microsoft deems necessary to satisfy any applicable law, regulatio
refuse to post or to remove any information or materials, in whole or in part, in Microsoft's sole discretion.

Always use caution when giving out any personally identifiable information about yourself or your children in any Communication Servic
content, messages or information found in any Communication Services and, therefore, Microsoft specifically disclaims any liability with
actions resulting from your participation in any Communication Services. Managers and hosts are not authorized Microsoft spokesperson
Microsoft.

Materials uploaded to the Communication Services may be subject to posted limitations on usage, reproduction and/or dissemination; y
you download the materials.

↑ Top of Page

## MATERIALS PROVIDED TO MICROSOFT OR POSTED AT ANY MICROSOFT WEB

Microsoft does not claim ownership of the materials you provide to Microsoft (including feedback and suggestions) or post, upload, inpu
for review by the general public, or by the members of any public or private community, (each a "Submission" and collectively "Submiss
providing or submitting ("Posting") your Submission you are granting Microsoft, its affiliated companies and necessary sublicensees perr
the operation of their Internet businesses (including, without limitation, all Microsoft Services), including, without limitation, the license

publicly perform, reproduce, edit, translate and reformat your Submission; to publish your name in connection with your Submission; ar of the Services.

No compensation will be paid with respect to the use of your Submission, as provided herein. Microsoft is under no obligation to post or may remove any Submission at any time in its sole discretion.

By Posting a Submission you warrant and represent that you own or otherwise control all of the rights to your Submission as described all the rights necessary for you to provide, post, upload, input or submit the Submissions.

In addition to the warranty and representation set forth above, by Posting a Submission that contain images, photographs, pictures or t ("Images"), you warrant and represent that (a) you are the copyright owner of such Images, or that the copyright owner of such Image or any content and/or images contained in such Images consistent with the manner and purpose of your use and as otherwise permitte have the rights necessary to grant the licenses and sublicenses described in these Terms of Use, and (c) that each person depicted in su of the Images as set forth in these Terms of Use, including, by way of example, and not as a limitation, the distribution, public display a Images, you are granting (a) to all members of your private community (for each such Images available to members of such private cor such Images available anywhere on the Services, other than a private community), permission to use your Images in connection with th of the Services, (including, by way of example, and not as a limitation, making prints and gift items which include such Images), and inc wide, royalty-free license to: copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, translate and reformat your Ir Images, and the right to sublicense such rights to any supplier of the Services. The licenses granted in the preceding sentences for a Im remove such Images from the Services, provided that, such termination shall not affect any licenses granted in connection with such Im Images. No compensation will be paid with respect to the use of your Images.

⇧ Top of Page

## NOTICES AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEME

Pursuant to Title 17, United States Code, Section 512(c)(2), notifications of claimed copyright infringement should be sent to Service Pr RELEVANT TO THE FOLLOWING PROCEDURE WILL NOT RECEIVE A RESPONSE.
*See* Notice and Procedure for Making Claims of Copyright Infringement.

⇧ Top of Page

## LINKS TO THIRD PARTY SITES.

THE LINKS IN THIS AREA WILL LET YOU LEAVE MICROSOFT'S SITE. THE LINKED SITES ARE NOT UNDER THE CONTROL OF MICROSC THE CONTENTS OF ANY LINKED SITE OR ANY LINK CONTAINED IN A LINKED SITE, OR ANY CHANGES OR UPDATES TO SUCH SITES. WEBCASTING OR ANY OTHER FORM OF TRANSMISSION RECEIVED FROM ANY LINKED SITE. MICROSOFT IS PROVIDING THESE LINKS INCLUSION OF ANY LINK DOES NOT IMPLY ENDORSEMENT BY MICROSOFT OF THE SITE.

⇧ Top of Page

## UNSOLICITED IDEA SUBMISSION POLICY.

MICROSOFT OR ANY OF ITS EMPLOYEES DO NOT ACCEPT OR CONSIDER UNSOLICITED IDEAS, INCLUDING IDEAS FOR NEW ADVERT PRODUCTS OR TECHNOLOGIES, PROCESSES, MATERIALS, MARKETING PLANS OR NEW PRODUCT NAMES. PLEASE DO NOT SEND ANY DEMOS, OR OTHER WORKS. THE SOLE PURPOSE OF THIS POLICY IS TO AVOID POTENTIAL MISUNDERSTANDINGS OR DISPUTES WH STRATEGIES MIGHT SEEM SIMILAR TO IDEAS SUBMITTED TO MICROSOFT. SO, PLEASE DO NOT SEND YOUR UNSOLICITED IDEAS TO DESPITE OUR REQUEST THAT YOU NOT SEND US YOUR IDEAS AND MATERIALS, YOU STILL SEND THEM, PLEASE UNDERSTAND THAT IDEAS AND MATERIALS WILL BE TREATED AS CONFIDENTIAL OR PROPRIETARY.

⇧ Top of Page

## COPYRIGHT NOTICE & FAQ.

© 2007 Microsoft Corporation. All rights reserved.

The following is provided for informational purposes only and should not be construed as legal advice. If you need legal advice, contact

## What is copyright?

Copyright law protects original works, such as websites, books, music, paintings, photos and video. A work is "original" if it contains som
others. Typically, when you create an original work, you own the copyright. As the copyright owner, you can control how others use you
you have the right to, and can prevent others from, copying your script, sharing it with others ("distributing it"), making a movie or boo
performing your script as a play or movie. You also have the ability to sell or give away these rights. In other words, you could sell the 
movie studio.

If you use someone else's copyrighted materials without permission, that use generally violates the copyright owner's exclusive rights, a
work and include parts of other people's works in it (such as an existing photo, lengthy quotes from a book or a loop from a song), you 
you borrow. For example, if your script is based on an existing popular series, you should obtain permission to use the elements you bo

Copyright law is different from the law of personal property. If you buy a physical object, such as a movie on DVD, you own the physica
the "copyrights" (the rights to make copies, distribute, make derivatives and publicly perform or display) in the content of the movie. Th
a DVD does not automatically grant you the right to copy or share it.

If you make your own movie, it may include many copyrighted works in it. So, if you decide to make a movie based on your script, you 
have permission to use the elements you borrow. Especially keep in mind that photos or artwork hanging on the walls of your sets and 
MP3) may be copyrighted. You should not include copyrighted works such as these in your movie without authorization.

A few other things to keep in mind are:

1. Just because a work does not include a copyright notice (e.g., © 2006 Microsoft Corporation) does not mean the work is in the 
required for works to be protected by copyright.

2. Just because a work is easily available on the internet or elsewhere does not mean you may use the work freely. Look for terms 
how works you find on the Internet may be used.

## Isn't it in the public domain?

Just because a work is freely available, does not mean it is in the "public domain." Copyright is for a limited term; it does not last foreve
the copyright term has expired. Once a work is in the public domain, it may be freely used without permission from the copyright owner

Determining the term of copyright can be complex, particularly because copyright laws vary from country to country. Also, even if the c
careful about how you use a public domain work. For example, a book may be in the public domain, but it might not be ok to scan the 
is because the particular version of the book may contain new copyrightable material that is not in the public domain, such as cover art

## What about fair use?

In limited situations, you can use copyrighted works without permission from the copyright holder. It can be difficult to figure out wheth
legal, though, because the laws in this area are often vague and vary from country to country.

The copyright law in the United States has a doctrine called "fair use". Fair use provides a defense to copyright infringement in some ci
documentary filmmakers to use very short clips of copyrighted movies, music and news footage without permission from the copyright 
determining whether something is a fair use involves weighing four factors. Unfortunately, weighing the fair use factors rarely results in

Rather than applying a fair use test, many other countries have specific exceptions to copyright infringement. The number and type of e
copyrighted materials to be used without permission from the copyright holder for activities such as nonprofit research, teaching, news 

If you incorrectly decide that something is a fair use or falls into an exception to copyright infringement, you could be held criminally an
suggest you talk to a lawyer if you have questions regarding fair uses of copyrighted works.

## What happens if you upload copyrighted materials to one of our websites without permission?

By law, we are required to take down videos, music, photographs or other content you upload onto a website hosted by Microsoft if we 
you believe that we have mistakenly taken down content you uploaded that you own or have permission to upload, you can also let us 
repeatedly, we will terminate your account and you could face criminal and civil penalties. So please, respect other people's copyrights.

## What if my stuff is on a Microsoft website without my permission?

If you believe that anything on a website hosted by Microsoft infringes your copyright, let us know. Just provide us with the information
copyrighted works are taken down.

I want to share my content, but...

Many of our websites and services allow you to share content you create, such as video, music and photographs. Though there is no wa misused when you share it online, you may consider making it available under a Creative Commons License.

Creative Commons licenses are a simple way for you to let people know what uses they can make of your creative works and under wh customizable based on your preferences and are automatically generated through the use of an online form. The form includes question non-commercial purposes and whether the work may be modified. As such, a variety of licenses are possible. For example, an "attributi your work as long as they indicate that you are the copyright holder.

Creative Commons is continually developing new licenses tailored to needs identified by creative people like you. To learn more about C Commons license, visit their website (http://creativecommons.org/).

What if I don't want my website crawled?

Microsoft search services (MSN Search and Windows Live Search) follow the Robots Exclusion Standards. This means that you can contr how often Microsoft bots access your website. To learn how to do so, or for more information regarding Microsoft's webcrawling and sit http://search.msn.com/docs/siteowner.aspx.

⇑ Top of Page

## TRADEMARKS.

Trademark information is available at http://www.microsoft.com/about/legal/en/us/intellectualproperty/trademarks/en-us.aspx.

Any rights not expressly granted herein are reserved.

Send your questions to the appropriate contact as listed below:

- MSN Web properties, contact webmaster@msn.com

- Hotmail, contact support@hotmail.com; for spam/privacy issues, contact abuse@hotmail.com or hotmailprivacy@hotmail.com

- Piracy questions can be routed to piracy@microsoft.com or by calling 1-800-R-U-LEGIT.

⇑ Top of Page

Manage Y

Contact Us    Terms of Use    Tradema