# Appendix G

The Honorable John P. Erlick

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>v.<br><br>MERCHANT COMMERCE, LLC, a Connecticut limited liability company, d/b/a MERCHANT SERVICES; and BORIS MIZHEN, an individual, and JOHN DOES 2 – 20,<br><br>                Defendants. | No. 03-2-15706-6 SEA<br><br>JUDGMENT AGAINST DEFENDANT MERCHANT COMMERCE, LLC |

## JUDGMENT SUMMARY

A.  Judgment Creditors:  Microsoft Corporation

B.  Judgment Debtor:  MERCHANT COMMERCE, LLC

C.  Principal Judgment Amount ................................................$2,000,000.00

D.  Interest to Date of Judgment................................................................0.00

E.  Credit Against Judgment for Payments Made .....................................0.00

F.  Attorney's Fees ....................................................................................0.00

G.  Costs ....................................................................................................0.00

H.  Other Recovery Amount .....................................................................0.00

JUDGMENT - 1

K:\00104\01412\DAB\DAB_P22KN



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

I.   Principal judgment shall bear interest at 12% per annum.

J.   Attorney's fees, costs and other recovery amounts shall bear interest at 12% per annum.

K.   Attorney for Judgment Creditors: David A. Bateman, of Preston Gates & Ellis, LLP.

L.   Attorney for Judgment Debtor: Russell M. Aoki, of Aoki & Sakamoto, LLP.

## STIPULATION

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate to the entry of the following judgment.

DATED this 27 day of February, 2004.

PRESTON GATES & ELLIS LLP                    AOKI & SAKAMOTO LLP

By _____                     By _____
David A. Bateman, WSBA # 14262                Russell M. Aoki, WSBA # 15717
Theodore J. Angelis, WSBA#30300               Attorneys for Defendants
Attorneys for Plaintiff                       Merchant Commerce, LLC and Boris Mizhen
Microsoft Corporation

## JUDGMENT

This matter came on for hearing before the Court upon the parties' foregoing Stipulation. Being duly advised in the premises herein, the Court enters judgment as follows:

1. Plaintiff Microsoft Corporation is awarded judgment against Defendant Merchant Commerce, LLC, in the amount of $2,000,000.

2. Plaintiff Microsoft Corporation is awarded post-judgment interest at the statutory rate.

DONE IN OPEN COURT this ____ day of March, 2004.

_____
The Honorable John P. Erlick

JUDGMENT - 2
K:\00104\01412\DAB\DAB_P22KN

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

PRESTON GATES & ELLIS LLP

By _____[signature]_____
   David A. Bateman, WSBA # 14262
   Theodore J. Angelis, WSBA#30300
Attorneys for Plaintiff
Microsoft Corporation

Notice of Presentation Waived:

AOKI & SAKAMOTO LLP

By _____[signature]_____
   Russell M. Aoki, WSBA # 15717
Attorneys for Defendants
Merchant Commerce, LLC and Boris Mizhen

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The Honorable John P. Erlick

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCHANT COMMERCE, LLC, a Connecticut limited liability company, d/b/a MERCHANT SERVICES; and BORIS MIZHEN, an individual, and JOHN DOES 2 – 20,<br><br>Defendants. | No. 03-2-15706-6 SEA<br><br>STIPULATED PERMANENT INJUNCTION |

## STIPULATION

Plaintiff Microsoft Corporation ("Microsoft) and defendants Merchant Commerce, LLC and Boris Mizhen, by and through their undersigned counsel of record, hereby stipulate to the entry of the following Permanent Injunction.

DATED this 27 day of February, 2004.

PRESTON GATES & ELLIS LLP

By _____
David A. Bateman, WSBA # 14262
Theodore J. Angelis, WSBA#30300
Attorneys for Plaintiff
Microsoft Corporation

AOKI & SAKAMOTO LLP

By _____
Russell M. Aoki, WSBA # 15717
Attorneys for Defendants
Merchant Commerce, LLC and Boris Mizhen

STIPULATED PERMANENT INJUNCTION - 1
K:\00104\01412\DAB\DAB_P22KO

ORIGINAL

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# ORDER

Based on the foregoing Stipulation of the parties, it is hereby ORDERED as follows:

1.      Pursuant to Civil Rule 65(d), Merchant Commerce, LLC and Boris Mizhen ("Defendants"), their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from:

   a.      knowingly sending, transmitting, or advertising in, or directing, aiding, facilitating or conspiring with others to send, transmit, or advertise in, any commercial electronic communication of any kind that is in violation of any state or federal law, including but not limited to Washington's Commercial Electronic Mail Act or the federal CAN-SPAM Act; and

   b.      knowingly using, or directing, aiding, facilitating, causing, or conspiring with others to use the computers or computer networks of Microsoft's communication services, including but not limited to MSN Internet Access or MSN Hotmail, in violation of or inconsistent with MSN Terms of Use located at http://privacy.msn.com/tou/; and

   c.      obtaining, compiling, selling, trafficking in, or trading, or directing, aiding, or conspiring with others to obtain, compile, sell, traffic in, or trade e-mail addresses for the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications in violation of any state or federal law; and

   d.      opening, creating or accessing, or directing, aiding, facilitating or conspiring with others to open, create, or access any Microsoft's Communication Services accounts, including but not limited to MSN Internet Access or MSN Hotmail e-mail accounts; inconsistent with MSN Terms of Use; and

STIPULATED PERMANENT INJUNCTION - 2

K:\00104\01412\DAB\DAB_P22KO

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

   e. selling, offering for sale or distributing, or directing, aiding, or conspiring with others to sell, offer for sale or distribute any software that allows the user to send unsolicited bulk or unsolicited commercial electronic communications to any MSN Communication Services, including MSN Internet Access or MSN Hotmail, or any other Internet subscriber.

2. Effect of Violation of this Injunction

  a. *Acknowledgement of Third-Party Beneficiaries.* In the event that a violation of this Injunction by Defendants results in harm to any third parties, the aggrieved third parties shall have and may properly assert against Defendants any and all rights under this Injunction in relation to said harm as could Microsoft, in the event that Microsoft had been the victim of said harm.

  b. *Damages to Third Parties In the Event of Breach.* Defendants agree that in the event that any term of this Injunction is violated and that violation harms any third parties, and any such violation is proved to this Court or any other Court of competent jurisdiction, Defendants shall be liable for the following liquidated damages:

   i. *Claim by Internet Service Provider.* In the event the claim is asserted by an Internet Service Provider, liquidated damages of the GREATER of $25,000 or $2.00 per 1000 electronic communications sent, corresponding to the claimant's reputation and lost profit damages only (*i.e.*, the claimant may also prove and recover its other categories of damages in addition to the liquidated damages for reputation/lost profits). The claimant shall also recover its associated attorneys' fees, expenses, and costs.

   ii. *Claim by End-User.* In the event the claim is asserted by an individual end-user, domain owner, or Internet subscriber (*i.e.*, a victim end-user on the Internet), liquidated damages of $1,000 per e-mail, plus all associated attorneys' fees, expenses, and costs.

STIPULATED PERMANENT INJUNCTION - 3
K:\00104\01412\DAB\DAB_P22KO

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

    iii. *Right to Waive Liquidated Damage Rights.* In the event that Defendants violate this Injunction or injure or aggrieve more than one domain owner, Internet subscriber, or Internet Service Provider, Defendants shall be liable to each such party in the full amount of the specified damages. Any third party aggrieved by Defendants' violation of this Injunction shall have the right to waive its liquidated damage-related rights hereunder and instead prove and recover its actual damages in relation to that category or type of damages (as well as any other legally-cognizable damages it suffers).

  3. Each of the Defendants shall provide a copy of this Stipulated Permanent Injunction to each employee, agent, contractor or affiliate acting on his or its behalf in regard to any electronic marketing.

**STIPULATION ACCEPTED AND ORDER GRANTED** this _8th_ day of _March_, 2004.

_____
The Honorable John P. Erlick

STIPULATED PERMANENT INJUNCTION - 4

K:\00104\01412\DAB\DAB_P22KO

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE (206) 623-7022