Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BORIS MIZHEN, MEDIA NETWORK, INC., NEW AGE OPT-IN, INC., I-PERMISSION, INC., DMITRI KOVALSKY, MUHAMMAD MOHSAN-UL MOULA, ESOLUTIONS TECHNOLOGY, INC., DECAPTCHER and JOHN DOES 1 through 20.<br><br>    Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**STIPULATED ORDER OF CONTINUANCE OF TRIAL DATE AND RELATED DATES**<br><br>**Noted On Motion Calendar:**<br>April 27, 2011 |

### I. STIPULATION

On September 13, 2010, the Court issued its Order Setting Trial Date and Related Dates (the "Order"). Dkt. No. 18. Since then, Plaintiff Microsoft Corporation ("Microsoft") and Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky (collectively "Defendants," and together with Microsoft, the "Parties") have engaged in settlement negotiations and are in the process of reaching final settlement of this matter. To allow sufficient time to reach final settlement, the Parties now respectfully move by stipulation for a two month continuance of the dates set in the Court's September 13, 2010 Order,

STIPULATED ORDER OF CONTINUANCE
OF TRIAL DATE AND RELATED DATES
Case No. 2:10-cv-00966-RSM

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington  98104-7097
tel+1-206-839-4300

beginning with the deadline for dispositive motions.

The Parties propose the following changes to the schedule, subject to the Court's availability:

| Event | Current Date | Proposed Date |
|---|---|---|
| Trial | July 25, 2011 | September 26, 2011 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | April 26, 2011 | June 27, 2011 |
| Mediation per CR 39.1(c)(3) held no later than | June 10, 2011 | August 10, 2011 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | June 27, 2011 | August 26, 2011 |
| Agreed pretrial order due | July 13, 2011 | September 13, 2011 |
| Pretrial conference [to be scheduled by the Court] Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | July 20, 2011 | September 20, 2011 |

Now, therefore, by stipulation and for good cause shown, the parties jointly move for a continuance of the dates set in the Court's September 13, 2010 Order as set forth above, beginning with the deadline for dispositive motions.

STIPULATED ORDER OF CONTINUANCE
OF TRIAL DATE AND RELATED DATES
Case No. 2:10-cv-00966-RSM

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington  98104-7097
tel+1-206-839-4300

RESPECTFULLY SUBMITTED this 27th day of April, 2011

    ORRICK, HERRINGTON & SUTCLIFFE LLP

    By: */s/Mark S. Parris*
        Mark S. Parris (WSBA #13870)
        mparris@orrick.com
        Jeffrey L. Cox (WSBA #37534)
        jcox@orrick.com
        701 5th Avenue, Suite 5600
        Seattle, WA 98104-7097
        Telephone: +1-206-839-4300
        Facsimile: +1-206-839-4301
        Gabriel M. Ramsey (*pro hac vice*)
        gramsey@orrick.com
        I. Neel Chatterjee (*pro hac vice*)
        nchatterjee@orrick.com
        Jacob M. Heath (*pro hac vice*)
        jheath@orrick.com
        1000 Marsh Road
        Menlo Park, CA 94025
        Telephone: +1-650-614-7400
        Facsimile: +1-650-614-7401
    Attorneys for Plaintiff

    AOKILAW PLLC

    By: */s/Russell M. Aoki*
        Russell M. Aoki (WSBA #15717)
        www.aokilaw.com
        720 Olive Way, Ste. 1525
        Seattle, WA 98101-1816
        T: 206.624.1900
        F: 206.442.4396
    Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

    JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

    By*: /s/Darrell S. Mitsunaga*
        Darrell S. Mitsunaga (WSBA #12992)
        Mitsunaga@jmmlaw.com
        1601 114th Avenue SE, Suite 110
        Bellevue, WA 98004-6969
        Telephone: +1-425-451-2812
        Facsimile: +1-425-451-2818
    Attorneys for Defendant Dmitri Kovalsky

OF TRIAL DATE AND RELATED DATES
Case No. 2:10-cv-00966-RSM

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

<mark>
</mark>

## II.     [PROPOSED] ORDER

Based on the foregoing stipulation, the Court hereby amends its September 13, 2010 Order Setting Trial Date and Related Dates as follows:

| Event | Date |
|---|---|
| Trial | |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | |
| Mediation per CR 39.1(c)(3) held no later than | |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | |
| Agreed pretrial order due | |
| Pretrial conference [to be scheduled by the Court] Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | |

Dated this ___ day of _____, 2011.

_____
Honorable Ricardo S. Martinez
United States District Judge

STIPULATED ORDER OF CONTINUANCE     4
OF TRIAL AND RELATED DATES
Case No. 2:10-cv-00966-RSM

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington  98104-7097
tel+1-206-839-4300