Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**STIPULATED MOTION FOR ENTRY OF STIPULATED JUDGMENT AND INJUNCTION AND STIPULATED MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: JUNE 6, 2011**<br><br>**CLERK'S ACTION REQUIRED** |

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc., and Dmitri Kovalsky (collectively, "the Parties"), have resolved their dispute subject to the Stipulated Judgment and Stipulated Permanent Injunction submitted with this motion. Pursuant to the provisions of Fed. R. Civ. P. 58, 41(a)(1)(A)(i), and 41(a)(1)(A)(ii), Microsoft and Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc., and Dmitri Kovalsky agree and stipulate as follows:

Microsoft and Defendants have agreed and stipulated to entry of Judgment Against Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc., ("Stipulated Judgment") submitted as Exhibit A to this motion. The Parties jointly move the Court to enter the Stipulated Judgment.

STIPULATED MOTION TO DISMISS
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

1    Microsoft and Defendants have agreed and stipulated to the Stipulated Permanent
2 Injunction and [Proposed] Order (the "Stipulated Injunction") against Boris Mizhen, Media
3 Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky, submitted as
4 Exhibit B to this motion.  The Parties jointly move the Court to enter the Stipulated Injunction.

5    Microsoft, by and through its counsel of record, hereby dismisses with prejudice all claims
6 asserted by it against defendants Boris Mizhen and Dmitri Kovalsky in the above-captioned
7 matter.

8    Microsoft, by and through its counsel of record, hereby dismisses without prejudice, and
9 without waiver of any of its rights, all claims asserted by it against defendants Muhammed
10 Mohsan Ul Moula, Esolutions Technology, Inc., Decaptcher, and John Does 1-20 in the above-
11 captioned matter.  Defendants Muhammed Mohsan Ul Moula, Esolutions Technology, Inc.,
12 Decaptcher, And John Does 1-20 have not yet answered or otherwise appeared, thus dismissal is
13 appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants Boris Mizhen, Media Network,
14 Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky do not oppose the foregoing
15 dismissals.

16    Each side will bear its own fees and costs.

17    The Parties have agreed and stipulated to an Order of Dismissal, submitted as Exhibit C to
18 this motion.  The Parties jointly request that the Court enter the proposed Order of Dismissal.

19 ORRICK, HERRINGTON & SUTCLIFFE LLP

AOKI LAW PLLC

21 By:   /s/ Jeffrey L. Cox
Mark S. Parris (WSBA #13870)
22 mparris@orrick.com
Jeffrey L. Cox (WSBA #37534)
23 jcox@orrick.com

24 701 5th Avenue
Suite 5600
25 Seattle, WA 98104-7097
Telephone: +1-206-839-4300
26 Facsimile:  +1-206-839-4301

27 Gabriel M. Ramsey (*pro hac vice*)
gramsey@orrick.com
28 I. Neel Chatterjee (*pro hac vice*)

By:   /s/ Russell M. Aoki
Russell M. Aoki (WSBA #15717)
russ@aokilaw.com

720 Olive Way, Suite 1525
Seattle, WA 98101-1816
Telephone: +1-206-624-1900
Facsimile: +1-206-442-4396

Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

STIPULATED MOTION TO DISMISS
2:10-CV-00966-RSM

2

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

nchatterjee@orrick.com
Jacob M. Heath (*pro hac vice*)
jheath@orrick.com

1000 Marsh Road
Menlo Park, CA  94025
Telephone:  +1-650-614-7400
Facsimile:  +1-650-614-7401

Attorneys for Plaintiff

JOHNS MONROE MITSUNAGA
KOLOUŠKOVÁ PLLC

By:   /s/ Darrell S. Mitsunaga
    Darrell S. Mitsunaga (WSBA #12992)
    Mitsunaga@jmmlaw.com

    1601 114th Avenue SE, Suite 110
    Bellevue, WA 98004-6969
    Telephone:  +1-425-451-2812
    Facsimile:  +1-425-451-2818

    Attorneys for Defendant Dmitri Kovalsky

STIPULATED MOTION TO DISMISS
2:10-CV-00966-RSM

3

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300