# Exhibit A

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**JUDGMENT AGAINST MEDIA NETWORK, INC., NEW AGE OPT-IN, INC. AND I-PERMISSION, INC.** |

**JUDGMENT SUMMARY**

A. Judgment Creditors:  Microsoft Corporation

B. Judgment Debtors:  Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

C. Principal Judgment Amount ................................................................. $10,000,000

D. Interest to Date of Judgment .......................................................................... 0.00

E. Credit Against Judgment for Payments Made ............................................... 0.00

F. Attorney's Fees ............................................................................................... 0.00

G. Costs ............................................................................................................... 0.00

JUDGMENT
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

1       H.    Other Recovery Amount ................................................................................ 0.00

2       I.    Principal judgment shall bear interest at 12% per annum

3       J.    Attorney for Judgment Creditors: Mark Parris of Orrick, Herrington & Sutcliffe LLP, for Microsoft Corp.

5       K.    Attorney for Judgment Debtors: Russell Aoki of Aoki Law PLLC for Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

## STIPULATION

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate to the entry of the following judgment.

DATED this 6th day of June, 2011.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
|---|---|
| By: /s/ Jeffrey L. Cox<br>Mark S. Parris (WSBA #13870)<br>mparris@orrick.com<br>Jeffrey L. Cox (WSBA #37534)<br>jcox@orrick.com<br><br>701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: +1-206-839-4300<br>Facsimile: +1-206-839-4301<br><br>Gabriel M. Ramsey (*pro hac vice*)<br>gramsey@orrick.com<br>I. Neel Chatterjee (*pro hac vice*)<br>nchatterjee@orrick.com<br>Jacob M. Heath (*pro hac vice*)<br>jheath@orrick.com<br><br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: +1-650-614-7400<br>Facsimile: +1-650-614-7401<br><br>Attorneys for Plaintiff | By: /s/ Russell M. Aoki<br>Russell M. Aoki (WSBA #15717)<br>russ@aoki-sakamoto.com<br><br>720 Olive Way, Suite 1525<br>Seattle, WA 98101-1816<br>Telephone: +1-206-624-1900<br>Facsimile: +1-206-442-4396<br><br>Attorneys for Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |

JUDGMENT
2:10-CV-00966-RSM
    2    
Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

# JUDGMENT

This matter came on for hearing before the Court upon the parties' foregoing Stipulation. Being duly advised in the premises herein, the Court enters judgment as follows:

1. Plaintiff Microsoft Corporation is awarded judgment against Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. in the amount of $10,000,000.

2. Plaintiff Microsoft Corporation is awarded post-judgment interest at the statutory rate.

**SO ORDERED**

DATED this ___ day of _____, 2011.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JUDGMENT
2:10-CV-00966-RSM

3

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

*Presented by*:

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
| By:   /s/ Jeffrey L. Cox | By:   /s/  Russell M. Aoki |
| Mark S. Parris (WSBA #13870)<br>mparris@orrick.com<br>Jeffrey L. Cox (WSBA #37534)<br>jcox@orrick.com | Russell M. Aoki (WSBA #15717)<br>russ@aoki-sakamoto.com |
| 701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: +1-206-839-4300<br>Facsimile:  +1-206-839-4301 | 720 Olive Way, Suite 1525<br>Seattle, WA 98101-1816<br>Telephone: +1-206-624-1900<br>Facsimile: +1-206-442-4396 |
| Gabriel M. Ramsey (*pro hac vice*)<br>gramsey@orrick.com<br>I. Neel Chatterjee (*pro hac vice*)<br>nchatterjee@orrick.com<br>Jacob M. Heath (*pro hac vice*)<br>jheath@orrick.com | Attorneys for Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |
| 1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  +1-650-614-7400<br>Facsimile: +1-650-614-7401 | |
| Attorneys for Plaintiff | |

JUDGMENT
2:10-CV-00966-RSM

4

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300