# Exhibit B

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**STIPULATED PERMANENT INJUNCTION AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff Microsoft Corporation ("Microsoft") and defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky, by and through their undersigned counsel of record, hereby stipulate to the entry of the following Permanent Injunction.

///

///

///

///

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

10

DATED this 6th day of June, 2011.

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
| By:  /s/ Jeffrey L. Cox<br>    Mark S. Parris (WSBA #13870)<br>    mparris@orrick.com<br>    Jeffrey L. Cox (WSBA #37534)<br>    jcox@orrick.com<br><br>    701 5th Avenue<br>    Suite 5600<br>    Seattle, WA 98104-7097<br>    Telephone: +1-206-839-4300<br>    Facsimile:  +1-206-839-4301<br><br>    Gabriel M. Ramsey (*pro hac vice*)<br>    gramsey@orrick.com<br>    I. Neel Chatterjee (*pro hac vice*)<br>    nchatterjee@orrick.com<br>    Jacob M. Heath (*pro hac vice*)<br>    jheath@orrick.com<br><br>    1000 Marsh Road<br>    Menlo Park, CA  94025<br>    Telephone:  +1-650-614-7400<br>    Facsimile:  +1-650-614-7401<br><br>    Attorneys for Plaintiff | By:  /s/ Russell M. Aoki<br>    Russell M. Aoki (WSBA #15717)<br>    russ@aokilaw.com<br><br>    720 Olive Way, Suite 1525<br>    Seattle, WA 98101-1816<br>    Telephone: +1-206-624-1900<br>    Facsimile: +1-206-442-4396<br><br>    Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |

JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

By:  /s/ Darrell S. Mitsunaga
    Darrell S. Mitsunaga (WSBA #12992)
    Mitsunaga@jmmlaw.com

    1601 114th Avenue SE, Suite 110
    Bellevue, WA 98004-6969
    Telephone:  +1-425-451-2812
    Facsimile:  +1-425-451-2818

    Attorneys for Defendant Dmitri Kovalsky

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

2

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

**ORDER**

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky ("Defendants") have entered into a binding Settlement Agreement resolving all claims against Defendants arising out of the actions alleged in the Complaint in this matter, and have stipulated to the entry of this Permanent Injunction in favor of Microsoft against Defendants.

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

1. Pursuant to Federal Rule of Civil Procedure 65(d), Defendants, their agents, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from, knowingly:

   a. sending, transmitting, or advertising in, or directing, aiding, facilitating or conspiring with others to send, transmit, or advertise in, any commercial electronic communication of any kind that is in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or in violation of the federal CAN-SPAM Act, Washington's Commercial Electronic Mail Act, Washington's Consumer Protection Act or any other law; and

   b. using, or directing, aiding, facilitating, causing, or conspiring with others to use the computers or computer networks of Microsoft's communication services, including but not limited to Windows Live Hotmail, in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or in violation of any law; and

   c. obtaining, compiling, selling, trafficking in, or trading, or directing, aiding, or conspiring with others to obtain, compile, sell, traffic in, or trade e-mail addresses for any purpose relating to the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications, for any purpose that is in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or for any purpose that is in violation of any law; and

   d. opening, creating or accessing, or directing, aiding, facilitating or

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

3

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

12

conspiring with others to open, create, or access any Microsoft communication services, including but not limited to Windows Live Hotmail, for any purpose relating to the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications, for any purpose that is in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or for any purpose that is in violation of any law; and

    e. using, selling, offering for sale or distributing, or directing, aiding, or conspiring with others to sell, offer for sale or distribute any software that allows the user to send unsolicited bulk or unsolicited commercial electronic communications to any Microsoft communication services, including but not limited to Windows Live Hotmail.

  2. Any proceeding before this Court to enforce the terms of this Permanent Injunction shall be resolved by means of a noticed motion without the necessity of filing a new and separate action. The parties to such proceedings will be permitted to submit evidence and memorandum of points and authorities according to the ordinary briefing requirements for a noticed motion as set forth by the Federal Rules of Civil Procedure and this Court's local rules then in effect. The Court shall have discretion to allow live testimony or other evidence in addition to any documentary evidence or declarations submitted as part of the noticed motion briefings. The court shall determine whether Defendants or any of them, has violated the terms of this Permanent Injunction pursuant to this definition. A "violation" shall be defined as the failure to comply with paragraphs 1.a., 1.b., 1.c., 1.d., or 1.e above.

  3. In the event that the Court finds that Defendants or any of them, has violated this Stipulated Permanent Injunction, the parties agree that resulting damages suffered by Microsoft may be impractical or extremely difficult to calculate. Because of this difficulty in determining the amount of damages resulting from this Stipulated Permanent Injunction, in the event that any defendant is found by the court to have violated this Stipulated Permanent Injunction, the parties agree that the violating defendant party shall pay damages in the sum of $5,000,000, as liquidated damages, corresponding to Microsoft's reputation and lost profit damages only (*i.e.* Microsoft may also prove and recover its other categories of damages in addition to the liquidated damages for reputation/lost profits). Microsoft shall also recover its associated attorneys' fees, expenses, and

STIPULATED PERMANENT INJUNCTION   4   Orrick, Herrington & Sutcliffe LLP
2:10-CV-00966-RSM                        701 5th Avenue, Suite 5600
                                     Seattle, WA 98104-7097
                                     Tel: 1 206-839-4300

1 costs.

2       4. Each of the Defendants shall provide a copy of this Stipulated Permanent Injunction to each employee, agent, contractor or affiliate acting on his or its behalf in regard to any electronic marketing.

      **STIPULATION ACCEPTED AND ORDER GRANTED** this ___ day of _____, 2011.

      _____
      RICARDO S. MARTINEZ
      UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION    5    Orrick, Herrington & Sutcliffe LLP
2:10-CV-00966-RSM    701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

*Presented by*:

| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
|---|---|
| By:  /s/ Jeffrey L. Cox  <br>Mark S. Parris (WSBA #13870)  <br>mparris@orrick.com  <br>Jeffrey L. Cox (WSBA #37534)  <br>jcox@orrick.com  <br><br>701 5th Avenue  <br>Suite 5600  <br>Seattle, WA 98104-7097  <br>Telephone: +1-206-839-4300  <br>Facsimile:  +1-206-839-4301  <br><br>Gabriel M. Ramsey (*pro hac vice*)  <br>gramsey@orrick.com  <br>I. Neel Chatterjee (*pro hac vice*)  <br>nchatterjee@orrick.com  <br>Jacob M. Heath (*pro hac vice*)  <br>jheath@orrick.com  <br><br>1000 Marsh Road  <br>Menlo Park, CA  94025  <br>Telephone:  +1-650-614-7400  <br>Facsimile:  +1-650-614-7401  <br><br>Attorneys for Plaintiff | By:  /s/ Russell M. Aoki  <br>Russell M. Aoki (WSBA #15717)  <br>russ@aokilaw.com  <br><br>720 Olive Way, Suite 1525  <br>Seattle, WA 98101-1816  <br>Telephone: +1-206-624-1900  <br>Facsimile: +1-206-442-4396  <br><br>Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |

JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

By:  /s/ Darrell S. Mitsunaga
   Darrell S. Mitsunaga (WSBA #12992)
   Mitsunaga@jmmlaw.com

   1601 114th Avenue SE, Suite 110
   Bellevue, WA 98004-6969
   Telephone:  +1-425-451-2812
   Facsimile:  +1-425-451-2818

   Attorneys for Defendant Dmitri Kovalsky

STIPULATED PERMANENT INJUNCTION  
2:10-CV-00966-RSM

6

Orrick, Herrington & Sutcliffe LLP  
701 5th Avenue, Suite 5600  
Seattle, WA 98104-7097  
Tel: 1 206-839-4300