# Exhibit C

Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>    Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Entry of Stipulated Judgment and Injunction and Stipulated Motion to Dismiss. After considering the Motion and all papers filed in support;

THIS COURT being fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Microsoft against defendants Boris Mizhen and Dmitri Kovalsky in the above-captioned matter are dismissed with prejudice and subject to the Stipulated Permanent Injunction entered by the Court in this matter. Each Party shall bear its own costs and fees.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all claims

ORDER OF DISMISSAL
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

17

asserted by Microsoft against defendants Muhammed Mohsan Ul Moula, Esolutions Technology, Inc., Decaptcher, and John Does 1-20 in the above-captioned matter are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**SO ORDERED**

DATED this ___ day of _____, 2011.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL  
2:10-CV-00966-RSM

2

Orrick, Herrington & Sutcliffe LLP  
701 5th Avenue, Suite 5600  
Seattle, WA 98104-7097  
Tel: 1 206-839-4300

*Presented by*:

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
| By:   /s/ Jeffrey L. Cox | By:   /s/ Russell M. Aoki |
| Mark S. Parris (WSBA #13870)<br>mparris@orrick.com<br>Jeffrey L. Cox (WSBA #37534)<br>jcox@orrick.com | Russell M. Aoki (WSBA #15717)<br>russ@aokilaw.com |
| 701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: +1-206-839-4300<br>Facsimile:  +1-206-839-4301 | 720 Olive Way, Suite 1525<br>Seattle, WA 98101-1816<br>Telephone: +1-206-624-1900<br>Facsimile: +1-206-442-4396 |
| Gabriel M. Ramsey (*pro hac vice*)<br>gramsey@orrick.com<br>I. Neel Chatterjee (*pro hac vice*)<br>nchatterjee@orrick.com<br>Jacob M. Heath (*pro hac vice*)<br>jheath@orrick.com | Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |
| 1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  +1-650-614-7400<br>Facsimile:  +1-650-614-7401 | |
| Attorneys for Plaintiff | |

JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

By:   /s/ Darrell S. Mitsunaga
    Darrell S. Mitsunaga (WSBA #12992)
    Mitsunaga@jmmlaw.com

    1601 114th Avenue SE, Suite 110
    Bellevue, WA 98004-6969
    Telephone:  +1-425-451-2812
    Facsimile:  +1-425-451-2818

Attorneys for Defendant Dmitri Kovalsky

ORDER OF DISMISSAL
2:10-CV-00966-RSM

3

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300