Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>    Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER** |

## STIPULATION

Plaintiff Microsoft Corporation ("Microsoft") and defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky, by and through their undersigned counsel of record, hereby stipulate to the entry of the following Permanent Injunction.

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

1     DATED this 6th day of June, 2011.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
|---|---|
| By:   /s/ Jeffrey L. Cox<br>Mark S. Parris (WSBA #13870)<br>mparris@orrick.com<br>Jeffrey L. Cox (WSBA #37534)<br>jcox@orrick.com<br><br>701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: +1-206-839-4300<br>Facsimile: +1-206-839-4301<br><br>Gabriel M. Ramsey (*pro hac vice*)<br>gramsey@orrick.com<br>I. Neel Chatterjee (*pro hac vice*)<br>nchatterjee@orrick.com<br>Jacob M. Heath (*pro hac vice*)<br>jheath@orrick.com<br><br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  +1-650-614-7400<br>Facsimile:  +1-650-614-7401<br><br>Attorneys for Plaintiff | By:   /s/ Russell M. Aoki<br>Russell M. Aoki (WSBA #15717)<br>russ@aokilaw.com<br><br>720 Olive Way, Suite 1525<br>Seattle, WA 98101-1816<br>Telephone: +1-206-624-1900<br>Facsimile: +1-206-442-4396<br><br>Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |

JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

By:   /s/ Darrell S. Mitsunaga
    Darrell S. Mitsunaga (WSBA #12992)
    Mitsunaga@jmmlaw.com

    1601 114th Avenue SE, Suite 110
    Bellevue, WA 98004-6969
    Telephone: +1-425-451-2812
    Facsimile: +1-425-451-2818

    Attorneys for Defendant Dmitri Kovalsky

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

2

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

**ORDER**

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc., I-Permission, Inc. and Dmitri Kovalsky ("Defendants") have entered into a binding Settlement Agreement resolving all claims against Defendants arising out of the actions alleged in the Complaint in this matter, and have stipulated to the entry of this Permanent Injunction in favor of Microsoft against Defendants.

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

1. Pursuant to Federal Rule of Civil Procedure 65(d), Defendants, their agents, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from, knowingly:

   a. sending, transmitting, or advertising in, or directing, aiding, facilitating or conspiring with others to send, transmit, or advertise in, any commercial electronic communication of any kind that is in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or in violation of the federal CAN-SPAM Act, Washington's Commercial Electronic Mail Act, Washington's Consumer Protection Act or any other law; and

   b. using, or directing, aiding, facilitating, causing, or conspiring with others to use the computers or computer networks of Microsoft's communication services, including but not limited to Windows Live Hotmail, in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or in violation of any law; and

   c. obtaining, compiling, selling, trafficking in, or trading, or directing, aiding, or conspiring with others to obtain, compile, sell, traffic in, or trade e-mail addresses for any purpose relating to the sending or delivery of any unsolicited bulk or unsolicited commercial electronic communications, for any purpose that is in violation of or inconsistent with the agreements set forth in the Complaint or any amended or future versions of those agreements or for any purpose that is in violation of any law; and

   d. opening, creating or accessing, or directing, aiding, facilitating or

1  conspiring with others to open, create, or access any Microsoft communication services, including
2  but not limited to Windows Live Hotmail, for any purpose relating to the sending or delivery of
3  any unsolicited bulk or unsolicited commercial electronic communications, for any purpose that is
4  in violation of or inconsistent with the agreements set forth in the Complaint or any amended or
5  future versions of those agreements or for any purpose that is in violation of any law; and

6         e.    using, selling, offering for sale or distributing, or directing, aiding, or
7  conspiring with others to sell, offer for sale or distribute any software that allows the user to send
8  unsolicited bulk or unsolicited commercial electronic communications to any Microsoft
9  communication services, including but not limited to Windows Live Hotmail.

10         2.    Any proceeding before this Court to enforce the terms of this Permanent Injunction
11  shall be resolved by means of a noticed motion without the necessity of filing a new and separate
12  action. The parties to such proceedings will be permitted to submit evidence and memorandum of
13  points and authorities according to the ordinary briefing requirements for a noticed motion as set
14  forth by the Federal Rules of Civil Procedure and this Court's local rules then in effect. The Court
15  shall have discretion to allow live testimony or other evidence in addition to any documentary
16  evidence or declarations submitted as part of the noticed motion briefings. The court shall
17  determine whether Defendants or any of them, has violated the terms of this Permanent Injunction
18  pursuant to this definition. A "violation" shall be defined as the failure to comply with paragraphs
19  1.a., 1.b., 1.c., 1.d., or 1.e above.

20         3.    In the event that the Court finds that Defendants or any of them, has violated this
21  Stipulated Permanent Injunction, the parties agree that resulting damages suffered by Microsoft
22  may be impractical or extremely difficult to calculate. Because of this difficulty in determining
23  the amount of damages resulting from this Stipulated Permanent Injunction, in the event that any
24  defendant is found by the court to have violated this Stipulated Permanent Injunction, the parties
25  agree that the violating defendant party shall pay damages in the sum of $5,000,000, as liquidated
26  damages, corresponding to Microsoft's reputation and lost profit damages only (*i.e.* Microsoft may
27  also prove and recover its other categories of damages in addition to the liquidated damages for
28  reputation/lost profits). Microsoft shall also recover its associated attorneys' fees, expenses, and

STIPULATED PERMANENT INJUNCTION    4    Orrick, Herrington & Sutcliffe LLP
2:10-CV-00966-RSM    701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

1 costs.

2     4. Each of the Defendants shall provide a copy of this Stipulated Permanent
3 Injunction to each employee, agent, contractor or affiliate acting on his or its behalf in regard to
4 any electronic marketing.

5 **STIPULATION ACCEPTED AND ORDER GRANTED** this 7 day of June 2011.

        _____
        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION     5     Orrick, Herrington & Sutcliffe LLP
2:10-CV-00966-RSM     701 5th Avenue, Suite 5600
    Seattle, WA 98104-7097
    Tel: 1 206-839-4300

1 | *Presented by*:

ORRICK, HERRINGTON & SUTCLIFFE LLP

AOKI LAW PLLC

By:   /s/ Jeffrey L. Cox
    Mark S. Parris (WSBA #13870)
    mparris@orrick.com
    Jeffrey L. Cox (WSBA #37534)
    jcox@orrick.com

    701 5th Avenue
    Suite 5600
    Seattle, WA 98104-7097
    Telephone: +1-206-839-4300
    Facsimile:  +1-206-839-4301

    Gabriel M. Ramsey (*pro hac vice*)
    gramsey@orrick.com
    I. Neel Chatterjee (*pro hac vice*)
    nchatterjee@orrick.com
    Jacob M. Heath (*pro hac vice*)
    jheath@orrick.com

    1000 Marsh Road
    Menlo Park, CA  94025
    Telephone:  +1-650-614-7400
    Facsimile:  +1-650-614-7401

    Attorneys for Plaintiff

By:   /s/ Russell M. Aoki
    Russell M. Aoki (WSBA #15717)
    russ@aokilaw.com

    720 Olive Way, Suite 1525
    Seattle, WA 98101-1816
    Telephone: +1-206-624-1900
    Facsimile: +1-206-442-4396

    Attorneys for Defendants Boris Mizhen, Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

JOHNS MONROE MITSUNAGA KOLOUŠKOVÁ PLLC

By:   /s/ Darrell S. Mitsunaga
    Darrell S. Mitsunaga (WSBA #12992)
    Mitsunaga@jmmlaw.com

    1601 114th Avenue SE, Suite 110
    Bellevue, WA 98004-6969
    Telephone: +1-425-451-2812
    Facsimile: +1-425-451-2818

    Attorneys for Defendant Dmitri Kovalsky

STIPULATED PERMANENT INJUNCTION
2:10-CV-00966-RSM

6

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300