Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BORIS MIZHEN; MEDIA NETWORK, INC.; NEW AGE OPT-IN, INC.; I-PERMISSION, INC.; DMITRI KOVALSKY; MUHAMMED MOHSAN UL MOULA; ESOLUTIONS TECHNOLOGY, INC.; DECAPTCHER; AND JOHN DOES 1-20,<br><br>    Defendants. | Case No. 2:10-cv-00966-RSM<br><br>**JUDGMENT AGAINST MEDIA NETWORK, INC., NEW AGE OPT-IN, INC. AND I-PERMISSION, INC.** |

**JUDGMENT SUMMARY**

A.    Judgment Creditors:  Microsoft Corporation

B.    Judgment Debtors:  Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

C.    Principal Judgment Amount ................................................................ $10,000,000

D.    Interest to Date of Judgment ......................................................................... 0.00

E.    Credit Against Judgment for Payments Made ............................................... 0.00

F.    Attorney's Fees ............................................................................................. 0.00

G.    Costs ............................................................................................................. 0.00

H.    Other Recovery Amount ............................................................................... 0.00

JUDGMENT
2:10-CV-00966-RSM

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

1       I.      Principal judgment shall bear interest at 12% per annum

2       J.      Attorney for Judgment Creditors: Mark Parris of Orrick, Herrington & Sutcliffe LLP, for Microsoft Corp.

      K.      Attorney for Judgment Debtors: Russell Aoki of Aoki Law PLLC for Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

## STIPULATION

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate to the entry of the following judgment.

DATED this 6th day of June, 2011.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Jeffrey L. Cox
    Mark S. Parris (WSBA #13870)
    mparris@orrick.com
    Jeffrey L. Cox (WSBA #37534)
    jcox@orrick.com

701 5th Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301

Gabriel M. Ramsey (*pro hac vice*)
gramsey@orrick.com
I. Neel Chatterjee (*pro hac vice*)
nchatterjee@orrick.com
Jacob M. Heath (*pro hac vice*)
jheath@orrick.com

1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiff

AOKI LAW PLLC

By: /s/ Russell M. Aoki
    Russell M. Aoki (WSBA #15717)
    russ@aoki-sakamoto.com

720 Olive Way, Suite 1525
Seattle, WA 98101-1816
Telephone: +1-206-624-1900
Facsimile: +1-206-442-4396

Attorneys for Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc.

JUDGMENT
2:10-CV-00966-RSM

2

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300

# JUDGMENT

This matter came on for hearing before the Court upon the parties' foregoing Stipulation. Being duly advised in the premises herein, the Court enters judgment as follows:

1. Plaintiff Microsoft Corporation is awarded judgment against Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. in the amount of $10,000,000.

2. Plaintiff Microsoft Corporation is awarded post-judgment interest at the statutory rate.

**SO ORDERED**

DATED this 7 day of June 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by*:

| ORRICK, HERRINGTON & SUTCLIFFE LLP | AOKI LAW PLLC |
|---|---|
| By:  /s/ Jeffrey L. Cox<br>Mark S. Parris (WSBA #13870)<br>mparris@orrick.com<br>Jeffrey L. Cox (WSBA #37534)<br>jcox@orrick.com<br><br>701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: +1-206-839-4300<br>Facsimile:  +1-206-839-4301<br><br>Gabriel M. Ramsey (*pro hac vice*)<br>gramsey@orrick.com<br>I. Neel Chatterjee (*pro hac vice*)<br>nchatterjee@orrick.com<br>Jacob M. Heath (*pro hac vice*)<br>jheath@orrick.com<br><br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  +1-650-614-7400<br>Facsimile:  +1-650-614-7401<br><br>Attorneys for Plaintiff | By:   /s/  Russell M. Aoki<br>Russell M. Aoki (WSBA #15717)<br>russ@aoki-sakamoto.com<br><br>720 Olive Way, Suite 1525<br>Seattle, WA 98101-1816<br>Telephone: +1-206-624-1900<br>Facsimile: +1-206-442-4396<br><br>Attorneys for Defendants Media Network, Inc., New Age Opt-In, Inc. and I-Permission, Inc. |

JUDGMENT
2:10-CV-00966-RSM

3

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: 1 206-839-4300